**The People of the State of Illinois, Plaintiff-Appellee, v. John Dulakis, Defendant-Appellant.**

**Gen. No. 10,486.** ▮▮▮▮▮▮▮▮▮▮▮▮

Third District.

January 9, 1964.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ John

W. Curren and Walter F. Farrand, of Springfield, for appellant; Rolland F. Tipsword, State's Attorney of Christian County, of Taylorville, for appellee. Opinion by PRESIDING JUSTICE ROETH. **Not to be published in full.**